IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

---

| | |
|---|---|
| EDUARDO SALAZAR, WALTER ORTIZ, GREGORIO LUX, GUSTAVO CUJLUJ, SANTOS TEPAZ, RUBELINO HERNANDEZ, WILLIAM SIR, JERONIMO TOJ GRANADOS, MARVIN LOPEZ, IMELDA LOZANO, CESAR TOJ MICOLAX, CLADIO RUIZ, CARLOS IXEN CHOC, CESAR MARROQUIN, BERULO JIMENEZ, BERNARDO LEMUS, ANTONIO FIGUEROA, HUGO LOPEZ, SAMUEL GARCIA, LUIS LOPEZ, SERGIO VERGARA, JOSE DANY LOPEZ, and JOSE DAMASIO LOPEZ On behalf of themselves and all other similarly Situated individuals, <br><br>Plaintiffs, <br><br>vs. <br><br>AGRIPROCESSORS, INC., <br><br>Defendant. | Case No. 07-cv-01006-LRR <br><br><br><br><br><br><br><br><br><br><br><br>JOINT STIPULATION OF DISMISSAL |

---

COME NOW all Plaintiffs and Defendant by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), and jointly stipulate to the dismissal with prejudice of this action and all claims herein, each party to bear its own costs and attorney fees.

Respectfully submitted by:

| | |
|---|---|
| /s/ Brian P. McCafferty <br> KENNEY, EGAN, MCCAFFERTY & YOUNG <br> 3031 C Walton Road, Suite 202 <br> Plymouth Meeting, PA 19462 <br> Telephone: 610-940-9099 <br> Fax: 610-940-0284 <br> Email: cafstar@aol.com | /s/ Jay Eaton <br> /s/ Thomas M. Cunningham <br> /s/ Benjamin P. Roach <br> NYEMASTER, GOODE, WEST, HANSELL & O'BRIEN, P.C. <br> 700 Walnut, Suite 1600 <br> **Des Moines, Iowa 50309-3899** <br> Phone: (515) 283-3100 <br> Facsimile: (515) 283-8045 <br> Email: je@nyemaster.com |

MacDonald Smith
Smith & McElwain
505 Fifth Street, Suite 530
P.O. Box 1194
Sioux City, IA 51101

Michael Hamilton
Provost Umphrey Law Firm L.L.P.
One Burton Hills Boulevard
Suite 380
Nashville, TN 37215

Robert D. Metcalf
Connie Howard
Metcalf, Kaspari, Howard,
Engdahl & Lazarus, P.A.
333 Parkdale Plaza
1600 South Highway 100
Minneapolis, MN 55416-1573

**ATTORNEYS FOR PLAINTIFFS**

Keith J Gutstein
Jeffrey A. Meyer
Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive
Suite 201
Woodbury, NY 11797

**ATTORNEYS FOR DEFENDANT AGRIPROCESSORS, INC.**